DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC RYAN STOUT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1186

_____

May 22, 2026

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Blair Allen, Public Defender, and Karen M. Kinney, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.